Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AU TECHNOLOGIES, INC., a Michigan Domestic Profit Corporation,<br><br>Defendant. | Case No.: C11-2958 CRB<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE and [PROPOSED] ORDER THEREON**<br><br>Date:     September 23, 2011<br>Time:     8:30 a.m.<br>Location: 450 Golden Gate Avenue<br>          San Francisco, CA<br>Ctrm:     6, 17th Floor<br>Judge:    Honorable Charles R. Breyer |

1.     As the Court's records will reflect, this action was filed on June 16, 2011 (Dkt. #1) to compel Defendants' compliance with its collective bargaining agreement. Service on Defendant was effectuated on July 14, 2011. A Proof of Service of Summons was filed with the Court on July 26, 2011 (Dkt. #9). Defendants failed to Answer or otherwise appear in this action and, pursuant to Plaintiffs' request, the Clerk entered Default against Defendants on August 15, 2011 (Dkt. #12). Defendant was duly served with a copy of the Clerk's Notice of Default Entry, and a Proof of Service of same was filed with the Court on August 16, 2011 (Dkt. #13).

2.     Plaintiffs counsel's attempts to contact Defendant concerning settlement of this matter are ongoing, albeit unsuccessful to date. Plaintiffs intend to make a final attempt to contact Defendant this week to resolve this matter.

3.     Accordingly, Plaintiffs respectfully request that the Case Management Conference,

1  currently scheduled for September 23, 2011, be continued for 60-90 days to allow for additional
2  settlement efforts.  If Plaintiffs are unsuccessful in contacting Defendant, or if discussions between
3  the parties are unsuccessful in resolving this matter, Plaintiffs anticipate filing a Motion for
4  Default Judgment within that time.  If resolved, Plaintiffs will dismiss this action.

5.      There are no issues that need to be addressed by the parties at the currently
scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's
time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled
Case Management Conference.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above
entitled action, and that the foregoing is true of my own knowledge.

Executed this 13th day of September, 2011, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By:  _____/S/_____
     Blake E. Williams
     Attorneys for Plaintiffs


IT IS SO ORDERED.

The currently set Initial Case Management Conference is hereby continued to
___December 16, 2011___ at ___8:30 a.m._____.  All related deadlines are hereby extended
accordingly.

Date: __Sept. 14, 2011_____        _____
                                    THE HONORABLE CHARLES R. BREYER
                                    UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer (seal: United States District Court, Northern District of California)*

-2-
**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C11-2958 CRB**