1 Michele R. Stafford, Esq. (SBN 172509)
  Blake E. Williams, Esq. (SBN 233158)
2 SALTZMAN & JOHNSON LAW CORPORATION
  44 Montgomery Street, Suite 2110
3 San Francisco, CA 94104
  (415) 882-7900
4 (415) 882-9287 – Facsimile
  mstafford@sjlawcorp.com
5 bwilliams@sjlawcorp.com

6 Attorneys for Plaintiffs

7

8 UNITED STATES DISTRICT COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., | Case No.: C11-2958 CRB |
| 11 Plaintiffs, | **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| 12 v. | **and [PROPOSED] ORDER THEREON** |
| 13 AU TECHNOLOGIES, INC., a Michigan Domestic Profit Corporation, | Date: March 9, 2012<br>Time: 8:30 a.m.<br>Location: 450 Golden Gate Avenue<br>San Francisco, CA |
| 15 Defendant. | Ctrm: 6, 17th Floor<br>Judge: Honorable Charles R. Breyer |

17

18    1.    As the Court's records will reflect, this action was filed on June 16, 2011 (Dkt. #1)

19 to compel Defendants' compliance with its collective bargaining agreement. Service on

20 Defendant was effectuated on July 14, 2011. A Proof of Service of Summons was filed with the

21 Court on July 26, 2011 (Dkt. #9). Defendants failed to Answer or otherwise appear in this action

22 and, pursuant to Plaintiffs' request, the Clerk entered Default against Defendants on August 15,

23 2011 (Dkt. #12). Defendant was duly served with a copy of the Clerk's Notice of Default Entry,

24 and a Proof of Service of same was filed with the Court on August 16, 2011 (Dkt. #13).

25    2.    The Court continued the previously set Case Management Conference to allow

26 time for the Plaintiff Trust Funds' to prepare, file and serve their Motion for Default Judgment.

27    3.    As the Court's records will reflect, Plaintiffs' filed said Motion and supporting

28 documents (Dkt. #21-22) with the Court on February 27, 2012, and noticed the hearing for April

1  13, 2012, at 10:00 a.m., or as soon thereafter as the matter may be heard by the Court.

2       4.   There are still therefore no issues that need to be addressed at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for March 9, 2012, be continued to either coincide with the date to be set for the Motion, or continued for 60 days to allow disposition of the Motion.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 28th day of February, 2012, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By: _____/S/_____
Blake E. Williams
Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Initial Case Management Conference is hereby continued to _____May 11, 2012_____ at ___8:30 a.m.___. All related deadlines are hereby extended accordingly.

Date: ___March 1, 2012_____

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer* (seal: United States District Court, Northern District of California)

-2-
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: C11-2958 CRB

P:\CLIENTS\PATCL\AU Technologies\Pleadings\C11-2958 CRB - Request to Continue CMC - 022812.doc