Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AU TECHNOLOGIES, INC., a Michigan Domestic Profit Corporation, <br><br> Defendant. | Case No.: C11-2958 CRB <br><br> **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE and [PROPOSED] ORDER THEREON** <br><br> Date: May 11, 2012 <br> Time: 8:30 a.m. <br> Location: 450 Golden Gate Avenue <br> San Francisco, CA <br> Ctrm: 6, 17th Floor <br> Judge: Honorable Charles R. Breyer |

1. As the Court's records will reflect, this action was filed on June 16, 2011 (Dkt. #1) to compel Defendants' compliance with its collective bargaining agreement. Service on Defendant was effectuated on July 14, 2011. A Proof of Service of Summons was filed with the Court on July 26, 2011 (Dkt. #9). Defendants failed to Answer or otherwise appear in this action and, pursuant to Plaintiffs' request, the Clerk entered Default against Defendants on August 15, 2011 (Dkt. #12). Defendant was duly served with a copy of the Clerk's Notice of Default Entry, and a Proof of Service of same was filed with the Court on August 16, 2011 (Dkt. #13).

2. The Court continued the previously set Case Management Conference to allow time for the hearing and disposition of Plaintiff Trust Funds' Motion for Default Judgment (Dkt. #21-22), which was noticed the hearing for April 13, 2012, at 10:00 a.m., or as soon thereafter as the matter may be heard by the Court.

-1-
**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C11-2958 CRB**

3. As the Court's Minute Order (Dkt. #29) reflects, Plaintiffs' counsel appeared by telephone and Defendant failed to appear at the Motion for Default Judgment hearing, which went forward as scheduled on April 13, 2012, and the matter was taken under submission. That same day, the Court issued an Order (Dkt. #30) requiring Defendant to comply with an audit within 90 days to determine the exact amount owed to Plaintiffs for unpaid contributions. The deadline for Defendant to do so is July 12, 2013.

4. There are still therefore no issues that need to be addressed at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for May 11, 2012, be continued for 120 days to allow Defendant to comply with the Order, and for Plaintiffs file a request with the Court for further Judgment.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 2nd day of May, 2012, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: /S/
Blake E. Williams
Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Initial Case Management Conference is hereby continued to ___September 7, 2012___ at ___8:30 a.m.___. All related deadlines are hereby extended accordingly.

Date: __May 3, 2012__

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*

-2-
**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C11-2958 CRB**