1  Michele R. Stafford, Esq. (SBN 172509)
   Blake E. Williams, Esq. (SBN 233158)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  bwilliams@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 BAY AREA PAINTERS AND TAPERS        Case No.: C11-2958 CRB
   PENSION TRUST FUND, et al.,
11                                      **REQUEST TO CONTINUE CASE
       Plaintiffs,                      MANAGEMENT CONFERENCE**
12                                      **and [PROPOSED] ORDER THEREON**
           v.
13                                      Date:     September 7, 2012
   AU TECHNOLOGIES, INC., a Michigan    Time:     8:30 a.m.
14 Domestic Profit Corporation,         Location: 450 Golden Gate Avenue
                                                  San Francisco, CA
15     Defendant.                       Ctrm:     6, 17th Floor
                                        Judge:    Honorable Charles R. Breyer
16

17     1.     As the Court's records will reflect, this action was filed on June 16, 2011 (Dkt. #1) to compel Defendants' compliance with its collective bargaining agreement. Service on Defendant was effectuated on July 14, 2011. A Proof of Service of Summons was filed with the Court on July 26, 2011 (Dkt. #9). Defendants failed to Answer or otherwise appear in this action and, pursuant to Plaintiffs' request, the Clerk entered Default against Defendants on August 15, 2011 (Dkt. #12). Defendant was duly served with a copy of the Clerk's Notice of Default Entry, and a Proof of Service of same was filed with the Court on August 16, 2011 (Dkt. #13).

24     2.     The Court continued the previously set Case Management Conference to allow time for the hearing and disposition of Plaintiff Trust Funds' Motion for Default Judgment (Dkt. #21-22), which was noticed the hearing for April 13, 2012, at 10:00 a.m., or as soon thereafter as the matter may be heard by the Court.

28     3.     As the Court's Minute Order (Dkt. #29) reflects, Plaintiffs' counsel appeared by

-1-
**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C11-2958 CRB**

telephone and Defendant failed to appear at the Motion for Default Judgment hearing, which went forward as scheduled on April 13, 2012, and the matter was taken under submission. That same day, the Court issued an Order (Dkt. #30) requiring Defendant to comply with an audit within 90 days to determine the exact amount owed to Plaintiffs for unpaid contributions. The deadline for Defendant to do so was July 12, 2013.

4. Plaintiffs have served the Court's Order on Defendant, but Defendant has not responded or otherwise complied with the audit or any other facets of the Court's Order. Defendant is located in Michigan, which makes it difficult for Plaintiffs to contact Defendant or otherwise induce Defendant's compliance.

5. As the Court noted in its Order, because Defendant has failed to submit its reports or comply with the audit, it is difficult—if not impossible—for Plaintiffs or the Court to ascertain the amounts due in this matter. In the interests of conserving the resources of the Court and of Plaintiffs, Plaintiffs plan to file a supplemental declaration with the Court in the next 30 days detailing the fees and costs incurred by Plaintiffs, which are due under the Collective Bargaining Agreement, Trust Agreements and ERISA. Plaintiffs will ask that the Court enter judgment solely on these easily ascertainable amounts, and to additionally order that Defendant is in contempt for failing to abide by the Court's Order.

Therefore, there are no issues that need to be addressed at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for September 7, 2012, be taken off calendar.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 31st day of August, 2012, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By:            /S/
Blake E. Williams
Attorneys for Plaintiffs

1  IT IS SO ORDERED.

2   The currently set Initial Case Management Conference is hereby continued to

3  ____October 12, 2012____ at _8:30 a.m._____. All related deadlines are hereby extended

4  accordingly.

5  Date: __Sept. 4, 2012_____   _____
   THE HONORABLE CHARLES R. BREYER
6  UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*