1 Michele R. Stafford, Esq. (SBN 172509)
  Blake E. Williams, Esq. (SBN 233158)
2 SALTZMAN & JOHNSON LAW CORPORATION
  44 Montgomery Street, Suite 2110
3 San Francisco, CA 94104
  (415) 882-7900
4 (415) 882-9287 – Facsimile
  mstafford@sjlawcorp.com
5 bwilliams@sjlawcorp.com

6 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AU TECHNOLOGIES, INC., a Michigan Domestic Profit Corporation,<br><br>    Defendant. | Case No.: C11-2958 CRB<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE and [PROPOSED] ORDER THEREON**<br><br>Date:       October 12, 2012<br>Time:       8:30 a.m.<br>Location:  450 Golden Gate Avenue<br>               San Francisco, CA<br>Ctrm:       6, 17th Floor<br>Judge:      Honorable Charles R. Breyer |

    1.    This action was filed on June 16, 2011 (Dkt. #1) to compel Defendants' compliance with its collective bargaining agreement.

    2.    As the Court's Minute Order (Dkt. #29) reflects, Plaintiffs' Motion for Default Judgment hearing went forward as scheduled on April 13, 2012, and the matter was taken under submission. That same day, the Court issued an Order (Dkt. #30) requiring Defendant to comply with an audit within 90 days to determine the exact amount owed to Plaintiffs for unpaid contributions. The deadline for Defendant to do so was July 12, 2013.

    3.    Plaintiffs served the Court's Order on Defendant, but Defendant has not responded or otherwise complied with the audit or any other facets of the Court's Order. Defendant is located in Michigan, which makes it difficult for Plaintiffs to contact Defendant or otherwise induce Defendant's compliance.

    4.    As the Court noted in its Order, because Defendant has failed to submit its reports

or comply with the audit, it is difficult—if not impossible—for Plaintiffs or the Court to ascertain the amounts due in this matter.

5. In the interests of conserving the resources of the Court and of Plaintiffs, Plaintiffs are concurrently filing a supplemental declaration detailing the fees and costs incurred by Plaintiffs (due under the Collective Bargaining Agreement, Trust Agreements and ERISA) and asking that the Court enter judgment solely on these easily ascertainable amounts. Plaintiffs are additionally requesting that the order that Defendant is in contempt for failing to abide by the Court's Order.

Therefore, there are no issues that need to be addressed at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for October 12, 2012, be taken off calendar.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 5th day of October, 2012, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/S/_____
Blake E. Williams
Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Initial Case Management Conference is hereby continued to __December 14, 2012__ at __8:30 a.m.__. All related deadlines are hereby extended accordingly.

Date: __October 10, 2012__

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED. Judge Charles R. Breyer*

-2-
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: C11-2958 CRB